# *Ex Parte* Atlantic Coast Line Railway Company.

### Prohibition.

(Decided June 30, 1916. Rehearing denied December 30, 1916. 73 South. 418.)

Prohibition; Right to Writ.—Where a petitioner for a writ of prohibition can get adequate relief by appeal, even if there is merit in the point presented by him, prohibition will not be awarded.

ORIGINAL petition in Supreme Court.

Application by Atlantic Coast Line Railway Company for a writ of prohibition directed to the Honorable Leon McCord as judge of the circuit court of Montgomery County. Application denied.

TYSON & ARRINGTON, for appellant. W. L. MARTIN, Attorney General, and LAWRENCE E. BROWN, Assistant Attorney General, for appellee.

PER CURIAM.—Application by the Atlantic Coast Line Railroad Company for writ of prohibition, or other remedial writ, directed to Hon. Leon McCord, judge of the circuit court, to prohibit him from hearing a certain cause therein pending, styled State of Alabama v. Atlantic Coast Line Railroad Company.

The court is of the opinion that petitioner can get adequate relief by an appeal even if there is merit in the point presented, which we do not now decide.    All the Justices concur, except SAYRE, J., not sitting.